IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-05-1155 AWI LJO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

　　　The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c).  The new case number shall be **CV-F-05-1155-LJO**.

IT IS SO ORDERED.

**Dated:   January 18, 2006**　　　　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1